PROB 12C
(6/16)

Report Date: January 24, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jerry Lee Everett, III         Case Number: 0980 2:16CR00151-TOR-1

Address of Offender: ███████████████, Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, United States District Judge

Date of Original Sentence: February 20, 2018

Original Offense:    Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

Original Sentence:    Prison - 66 Months;        Type of Supervision: Supervised Release
                      TSR - 60 Months

Asst. U.S. Attorney:    U.S. Attorney's Office        Date Supervision Commenced: October 5, 2021

Defense Attorney:    James Martin Parkins        Date Supervision Expires: October 4, 2026

## PETITIONING THE COURT

   To issue a **SUMMONS**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Everett is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on multiple occasions, to include most recently occurring on or about January 20, 2022, based on positive urinalysis testing and the client's admission of such use.

On October 8, 2021, Mr. Jerry Lee Everett III, signed his conditions relative to case number 2:16CR00151-TOR-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Everett was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

Specifically, on January 20, 2022, a scheduled home contact was arranged with Mr. Everett. During the scheduling phone call, Mr. Everett was questioned about any recent use of illicit substances, to which he ultimately admitted to relapsing on methamphetamine.

Prob12C
Re: Everett III, Jerry Lee
January 24, 2022
Page 2

During subsequent home contact, Mr. Everett elaborated on his recent relapse in which he indicated that he realized he was not being productive enough at his current place of employment, in which he works with his father purchasing, repairing and then reselling vehicles. Mr. Everett indicated that upon realizing he was overwhelmed with work, he ultimately made the decision to use methamphetamine approximately 2 weeks prior so he could be more efficient and work longer hours. Mr. Everett ultimately admitted to ingesting methamphetamine on approximately three to four separate occasions since his initial relapse, further indicating he most recently used the substance on or about Tuesday, January 18, 2022.

Mr. Everett indicated that he could absolutely cease his use of the substance, and when questioned, reaffirmed his intent to remain honest with this officer. When questioned as to why he had not advised the undersigned officer about his initial relapse, and why he continued his use of illicit substances, he indicated that he knew that he would eventually get caught.

On January 21, 2022, the undersigned officer received notification from the contract testing provider in Spokane, confirming that the client had submitted a urinalysis sample for testing on January 20, 2022, that reflected as presumptive positive for methamphetamine, following which the client attempted to bribe the attendant in an attempt to circumvent the testing process.

2   **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Everett is alleged to have violated special condition number 6 by attempting to circumvent the urinalysis testing process on January 20, 2022, during random urinalysis testing with Pioneer Human Services in Spokane.

On October 8, 2021, Mr. Jerry Lee Everett III, signed his conditions relative to case number 2:16CR00151-TOR-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Everett was made aware by his U.S. probation officer that he was required to submit to random urinalysis testing as required, without any attempts to defeat the process, to which he indicated his understanding.

On January 20, 2022, Mr. Jerry Everett reported for random urinalysis testing with the U.S. Probation Office's contract provider in Spokane. On January 21, 2022, a message was received from the contract staff member who had been assigned to collect the urinalysis sample from Mr. Everett on the day in question, in which he indicated that following the client submitting a presumptive positive urinalysis sample on the day in question, the client then stated, "I don't want to deal with this," after which he placed $100 on the counter. The party advised the client that he did not "do this" at which time he advised the client then took the money off of the counter.

On January 21, 2022, the client contacted the undersigned officer using text messaging, indicating that he had been under a significant amount of stress lately, and further indicating that he thought he could be honest with this officer. Mr. Everett expressed concern that this officer had made the decision to report his conduct to the Court, ultimately putting his freedom in jeopardy. The client subsequently contacted this officer telephonically, as

Prob12C
Re: Everett III, Jerry Lee
January 24, 2022
Page 3

requested by the undersigned officer. As a part of the call, Mr. Everett sought to allege that he had remained honest with the undersigned officer and requested that he be able to address his conduct with this officer without Court intervention. Mr. Everett was confronted about not previously revealing that he had relapsed approximately 2 weeks prior in conjunction with his attempt to circumvent the urinalysis testing process by attempting to bribe the urinalysis testing collector. Mr. Everett was advised that neither action spoke to a high level of honesty or transparency and that more was expected, to which he indicated his understanding, again indicating he was simply overwhelmed.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 24, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_Thomas O. Rice_
Thomas O. Rice
United States District Judge

January 24, 2022
Date