PROB 12C
(6/16)

Report Date: February 17, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jerry Lee Everett, III | Case Number: 0980 2:16CR00151-TOR-1 |
| Address of Offender: ███████████, Spokane, Washington 99208 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, United States District Judge | |
| Date of Original Sentence: February 20, 2018 | |
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |
| Original Sentence: Prison - 66 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Patrick J. Cashman | Date Supervision Commenced: October 5, 2021 |
| Defense Attorney: Payton B. Martinez | Date Supervision Expires: October 4, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/24/2022, and 02/10/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Everett is alleged to have violated mandatory condition number 1 by being arrested on January 26, 2022, for the offense of first degree Driving While License Suspended, in violation of R.C.W. 46.20.342.1a, a gross misdemeanor. |
| | On October 8, 2021, Mr. Jerry Lee Everett, III, signed his conditions relative to case number 2:16CR00151-TOR-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Everett was made aware by his U.S. probation officer that he was required to refrain from committing any federal, state or local crime. |
| | Specifically, on January 26, 2022, automated notifications were received by the U.S. Probation Office in Spokane, indicating that the client's name had been run by local law enforcement. On January 27, 2022, the undersigned officer received a text message from the client who indicated he had been stopped by law enforcement on January 26, 2022, further elaborating that he had been stopped and cited for speeding. On January 31, 2022, preliminary information was received from law enforcement indicating that the client had in fact been cited for driving with a suspended license and not providing proof of insurance. |

Prob12C
Re: Everett III, Jerry Lee
February 17, 2022
Page 2

On February 2, 2022, Mr. Everett was contacted and confronted as to the preliminary information received, at which time he indicated that he could not confirm if he had actually been cited for driving with a suspended license as he had misplaced his issued citations. Mr. Everett was directed to locate the documentation and to the contact the originating agency to determine any status of current charges. Mr. Everett indicated immediate plans to pursue having his license reinstated.

On February 17, 2022, police reports were received from the Spokane County Sheriff's Office specific to the events having occurred on January 26, 2022. Specifically, reports confirm that the client was in fact stopped by law enforcement on the day in question for speeding and subsequently cited for both driving with a suspended license and having no proof of insurance. Mr. Everett was verbally advised at the time of contact about his arrest for the offenses as outlined, and was ultimately released by the deputy at the scene and directed to appear for all court proceedings.

As of the date of this report, Mr. Everett's next scheduled court appearance specific to this matter is currently set for February 28, 2022, at 10:30 a.m.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 17, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
      with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

February 17, 2022
Date