PROB 12C  
(6/16)

Report Date: December 19, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 19, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jerry Lee Everett, III          Case Number: 0980 2:16CR00151-TOR-1

Address of Offender: ███████████████  Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 20, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | | |
| Original Sentence: | Prison - 66 Months; TSR - 60 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (April 20, 2022) | Prison - 8 Months; TRS - 52 Months | | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: | November 14, 2022 |
| Defense Attorney: | Payton B. Martinez | Date Supervision Expires: | March 13, 2027 |

### PETITIONING THE COURT

To issue a **SUMMONS**.

On November 16, 2022, Mr. Jerry Everett, III, signed his conditions relative to case number 2:16CR00151-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Jerry Everett, III, is alleged to have violated mandatory condition number 3 by ingesting methamphetamine and fentanyl on or about November 26, 27, and December 14, 2022, based on both urinalysis testing and the client's admission of such use.<br><br>Specifically, on November 29, 2022, Mr. Everett was contacted telephonically by the undersigned officer in an effort to schedule a home contact with him. As a part of the conversation, Mr. Everett admitted to having relapsed on methamphetamine on both Saturday, November 26, and then again on Sunday, November 27, 2022. |

Prob12C
Re: Everett, III, Jerry Lee
December 19, 2022
Page 2

Mr. Everett would later submit to urinalysis testing on the day in question at his personal residence as discussed. The result of the urinalysis sample submitted by Mr. Everett returned presumptive positive for a multitude of substances. Following testing, Mr. Everett did again admit to previous use of methamphetamine, further elaborating that he believed the substance may have been "cut" with fentanyl. The client did sign a drug use admission form, admitting to his use of the substances, but he denied any use of any other substance. The sample was packaged and forwarded to the lab for verification.

Numerous subsequent separate lab reports were received, referencing the sample submitted, which ultimately confirmed the sample as positive for both methamphetamine and fentanyl, consistent with the client's admission. The sample did return as negative for all other substances initially identified.

On December 15, 2022, scheduled home contact was again attempted with the client after his transition to a new residence in Spokane. While the undersigned officer was able to make contact with the client's mother and sponsor to investigate the residence in question, the client later indicated that he was unable to be present to meet this officer as previously discussed due to car trouble. The client later contacted this officer telephonically and identified both his failure to report for random urinalysis testing with the contract provider on that date and disclosed recent relapse on methamphetamine occurring several days prior. The client was directed to report to the U.S. Probation Office on December 16, 2022, for urinalysis testing.

On December 16, 2022, the client did report to the U.S. Probation Office as directed and submitted a urinalysis sample that tested presumptive positive for both methamphetamine and fentanyl. The client again admitted to having used several days prior, and did again sign a drug use admission form serving to document his admitted use of both methamphetamine and fentanyl. The client again indicated that he had relapsed on methamphetamine, but suspected that the substance was laced with fentanyl.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | December 19, 2022 |
|---|---|
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

Prob12C
Re: Everett, III, Jerry Lee
December 19, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Thomas O. Rice
United States District Judge

_____
December 19, 2022
Date