PROB 12C
(6/16)

Report Date:  March 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jerry Lee Everett, III          Case Number: 0980 2:16CR00151-TOR-1

Address of Offender: ▇▇▇▇▇▇

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 20, 2018

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 66 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (April 20, 2022) | Prison - 8 Months; TSR - 52 Months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: November 14, 2022 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: March 13, 2027 |

## PETITIONING THE COURT

To **issue a WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/19/2022, and 01/05/2023.

On November 16, 2022, Mr. Jerry Everett, III, signed his conditions relative to case number 2:16CR00151-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least ten days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: Mr. Everett is alleged to have violated standard condition number 5 by failing to advise the undersigned officer as to his current living circumstances following a verified change in residency occurring on or about March 15, 2023. |

Prob12C
**Re: Everett, III, Jerry Lee**
**March 20, 2023**
**Page 2**

Specifically, on March 14, 2023, the undersigned officer and Mr. Everett engaged in a text message exchange in which Mr. Everett was advised of his pending Court hearing before Your Honor scheduled for March 22, 2023, as well as his need to report to the U.S. Probation Office in Spokane, on Thursday, March 16, 2023. As a part of the exchange, Mr. Everett committed to reporting at "around 2." Mr. Everett failed to report as directed. It should be noted that the undersigned officer did send the client multiple text messages and additionally left a voice mail for the client on the day in question serving to remind him of the committed obligation; however, these inquiries went without response.

On March 16 and 17, 2023, the undersigned officer engaged in telephonic contact with the client's mother and former sponsor, whom he had resided with and who confirmed that the client had departed her residence at some point during the night on March 15, 2023, or potentially early the next morning, prior to her waking. The contact advised she had not heard from the client since and did not know his current whereabouts, clarifying he had taken his personal effects with him.

On March 16 and 20, 2023, voice mails and text messages were left for and sent to the client, directing him to report to the U.S. Probation Office on March 17 and 20, 2023, respectively; however, these attempts at contact have largely gone without response. Mr. Everett's only contact with the undersigned officer, occurring after March 14, 2023, was received in a single text message on March 17, 2023, at 7:28 p.m., in which Mr. Everett apologized and indicated he had just turned his phone on, stating his mother had kicked him out and that he could report on Monday, March 20, 2023. Mr. Everett provided no information as to his current whereabouts or living circumstances.

4       **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Everett is alleged to have violated standard condition number 13 by failing to report to the U.S. Probation Office on March 16, 17, and 20, 2023, as directed.

Specifically, on March 14, 2023, the undersigned officer and Mr. Everett engaged in a text message exchange in which Mr. Everett was advised of his pending Court hearing before Your Honor scheduled for March 22, 2023, as well as his need to report to the U.S. Probation Office in Spokane, on Thursday, March 16, 2023. As a part of the exchange, Mr. Everett committed to reporting at "around 2." Mr. Everett failed to report as directed. It should be noted that the undersigned officer did send the client multiple text messages and additionally left a voice mail for the client on the day in question serving to remind him of the committed obligation; however, these inquiries went without response.

On March 16, 2023, it was learned that Mr. Everett had transitioned from his verified place of residency at some point during the previous night and his location in the community was unknown. On March 16, 2023, a voice mail and a text message were left for and sent to the client, respectively, directing him to report on March 17, 2023, before 12 p.m. Mr. Everett failed to report as directed. On March 17, 2023, the undersigned officer again left a voice mail for and sent a text message to the client seeking an immediate response due to his failure to report as directed.

Prob12C
**Re: Everett, III, Jerry Lee**
**March 20, 2023**
**Page 3**

On March 17, 2023, at 7:28 p.m., Mr. Everett sent a single text message to the undersigned officer apologizing and stating he had just turned on his phone and his mother had kicked him out and that he had not done anything wrong. Mr. Everett indicated that he "can be there" on Monday, March 20, 2023, seemingly referring to the U.S. Probation Office.

On March 20, 2023, Mr. Everett was again left a voice mail and sent a text message directing him to report on the day in question prior to 12 p.m.; however, these attempts at contact again went without response. As a result of Mr. Everett's conduct, his current circumstances and living arrangements are unknown to the undersigned officer.

5          **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Everett is alleged to have violated special condition number 5 by failing to report for random urinalysis testing with the contract provider on March 17, 2023, when his assigned color was called.

Specifically, on March 20, 2023, the undersigned officer received the contract provider's urinalysis testing results for March 17, 2023, when the client's assigned color was called. Mr. Everett was shown as having not tested on the day in question. The undersigned officer subsequently contacted the provider in question telephonically and it was confirmed that Mr. Everett had not reported for urinalysis testing on March 17, 2023, when his assigned color had been called.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 20, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Everett, III, Jerry Lee**
**March 20, 2023**
**Page 4**

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the
       case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

March 20, 2023

Date